

# THE THIRTEENTH COURT OF APPEALS

13-23-00181-CV

KENNETH LEROY LEWIS
v.
ESTATE OF CONSTANCE SMITH BY AND THROUGH
MICHAEL L. BAKER, INDEPENDENT EXECUTOR

On Appeal from the
County Court of Bandera County, Texas
Trial Court Cause No. 21-0034

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. No costs are assessed, as appellant filed an affidavit of inability to pay costs. Any amount of supersedeas bond previously paid as monthly rent, shall now be fully and finally released to the Estate of Constance Smith by and through Michael L. Baker, Independent Executor.

We further order this decision certified below for observance.

August 1, 2024